UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JAMES MATTHEW TRAVER, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:13CV00038 ERW |
| RANDOLPH COUNTY JAIL, et al., | ) |
| Defendants. | ) |

### SHOW CAUSE ORDER

Plaintiff has failed to either file an amended complaint or pay the initial filing fee as ordered by the Court on May 15, 2013. Rule 41(b) of the Federal Rules of Civil Procedure allows the Court to dismiss an action if plaintiff fails to prosecute or comply with the Court's orders.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall show cause, no later than fourteen (14) days from the date of this Order, why his complaint should not be summarily dismissed for failure to prosecute.

So Ordered this 11th day of July, 2013.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE